1  **RUSING LOPEZ & LIZARDI, P.L.L.C.**
   6363 North Swan Road, Suite 151
2  Tucson, Arizona 85718
   Telephone: (520) 792-4800
3  Facsimile: (520)529-4262

4  Michael J. Rusing; mrusing@rllaz.com
   State Bar No. 006617; PAN 50020
5  Mark D. Lammers; mdlammers@rllaz.com
   State Bar No. 010335; PAN 330131
6  Sarah S. Letzkus; sletzkus@rllaz.com
   State Bar No. 027314; PAN 66655
7  *Attorneys for Defendant, State of Arizona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| TREVER FRODSHAM, by and through conservator, Fleming and Curti, PLC, | NO. _____ |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | (Assigned to Hon._____ ) |
| STATE OF ARIZONA, a body politic; CATHOLIC COMMUNITY SERVICES OF SOUTHERN ARIZONA, INC., an Arizona non-profit corporation; ARIZONA PARTNERSHIP FOR CHILDREN, LLP, an Arizona limited liability partnership; CATHOLIC CHARITIES COMMUNITY SERVICES, INC., an Arizona corporation; THE DEVEREUX FOUNDATION, d/b/a DEVEREUX ADVANCE BEHAVIORAL HEALTH and DEVEREUX ADVANCED BEHAVIORAL HEALTH ARIZONA, a Pennsylvania non-profit corporation; DAVID FRODSHAM, an individual; BARBARA FRODSHAM, an individual; CLARENCE CARTER, in his personal and official capacity as | |

Director of the Arizona Department of Economic Security; VICKI MARTZKE, in her personal and official capacity as an employee of the Arizona Department of Child Safety; JANE AND JOHN ROES 1-50, individuals; and ROE CORPORATIONS 1-50, entities of form unknown,

Defendants.

Defendant State of Arizona (the "State"), pursuant to 28 U.S.C. § 1441, *et seq.*, hereby removes to this Court the state court action described below, submits this Notice of Removal, and shows the Court the following:

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.A. § 1331, and is one which may be removed to this Court by the State pursuant to the provisions of 28 U.S.C.A. § 1441(a) in that one of the claims against the State and other Defendants arises under 42 U.S.C. § 1982.

2. On March 29, 2022, an action was commenced in the Superior Court of Arizona in and for the County of Cochise, Case No. S-0200-CV-202200149, naming the following Defendants: State of Arizona; Catholic Community Services of Southern Arizona, Inc.; Arizona Partnership for Children, LLP; Catholic Charities Community Services, Inc.; the Devereux Foundation; David Frodsham; and Barbara Frodsham.

3. On April 6, 2022, Plaintiff served, and the State received, a copy of the Complaint and Summons.

4. On April 8, 2022, Plaintiff served, and the State received, a copy of the First Amended Complaint filed by Plaintiff on the same date.

5. The First Amended Complaint named as additional Defendants for the first time Vicki Martzke and Clarence Carter.

6. On April 25, 2022, the Superior Court of Arizona in and for the County of Cochise entered an Order transferring the above-described action to the Superior Court of Arizona in and for the County of Maricopa.

7. On May 5, 2020, the Clerk of the Court of Arizona, in and for the County of Cochise transferred the file in this action to the Clerk of the Superior Court, in and for the County of Maricopa.

8. As of the filing of this Notice of Removal, the following Defendants have been served by Plaintiff: the State of Arizona; Catholic Community Services of Southern Arizona, Inc.; Catholic Charities Community Services, Inc.; the Devereux Foundation; David Frodsham; Barbara Frodsham; Vicki Martzke; and Clarence Carter (the "Served Defendants"). All of the Served Defendants consent to and join in this Notice of Removal.

9. Copies of all documents contained in the state court's file are attached hereto as **Exhibit A**.

10. On the date set forth below, a copy of this notice is being served on Plaintiff's attorney.

11. As of the filing of this Notice of Removal, the Superior Court of Arizona in and for the County of Maricopa has not yet received the file in this case from the Superior Court of Arizona in and for the County of Cochise or assigned the above described action a case number. Therefore, the State cannot file a copy of this notice with the Clerk of the Superior Court, in and for the County of Maricopa at this time. Out of an abundance of caution and in compliance with LRCiv. 3.6(a), the State has filed a copy of this Notice of Removal in the Superior Court of Arizona, in and for the County of Cochise. The State will "promptly" file a copy of this Notice of Removal with the Clerk of the Superior Court of Arizona, in and for the County of Maricopa as soon as the case is assigned a case number. *See* 42 U.S.C. § 1446(d).

12. Pursuant to 28 U.S.C. § 1444, *et seq.*, the State hereby removes this action currently pending in the Superior Court in and for the County of Maricopa to this Court, which is the District Court of the United States for the district embracing the place where the state court action is pending.

DATED this May 6, 2022.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Mark D. Lammers*
　　Michael J. Rusing
　　Mark D. Lammers
　　Sarah S. Letzkus
　　*Attorneys for Defendant, State of Arizona*

ORIGINAL of the foregoing e-filed this May 6, 2022.

COPY e-served this May 6, 2022 to:

Lynne M. Cadigan
Taylor W. Boren
Cadigan Law Firm, PLLC
504 S. Stone Ave.
Tucson, AZ 85701
lmcadigan@cadiganlawfirm.com
tboren@cadiganlawfirm.com
*Attorneys for Plaintiff*

John C. Kelly
Andrew T. Fox
Coppersmith Brockelman PLC
2800 N. Central Ave., Suite 1900
Phoenix, AZ 85004
jkelly@cblawyers.com
afox@cblawyers.com
*Attorneys for Catholic Charities Community Services, Inc.*

D. Christopher Russell
The Russell's Law Firm, PLC
202 E. Wilcox Dr.

Notice of Removal　　　　　　　　　　　4

1  Sierra Vista, AZ 85635
   courtdocs@russellslawfirm.com
2  *Attorneys for Barbara Frodsham*

3

4  Larry J. Cohen, Esq.
   The Cohen Law Firm
   P.O. Box 10056
5  Phoenix, AZ 85064
   ljc@ljcohen.com
6  *Attorneys for Devereux Foundation*

7

8  By:   */s/ Aneta Wrzeszcz*

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800